| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Alexander T. Carlson | Telephone: (313) 450-2590 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
v.
Sergio Alejandro RODRIGUEZ-MENDOZA

Case No.

Case: 2:25-mj-30174
Assigned To : Unassigned
Assign. Date : 3/24/2025
Description: CMP USA V. SERGIO ALEJANDRO RODRIGUEZ-MENDOZA (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about March 12, 2025, in the Eastern District of Michigan, Southern Division, Sergio Alejandro RODRIGUEZ-MENDOZA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 30, 2000, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Alexander T. Carlson, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __March 24, 2025__

_____
Judge's signature

City and state: __Detroit, MI__

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Alexander Carlson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Sergio Alejandro RODRIGUEZ-MENDOZA. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Sergio Alejandro RODRIGUEZ-MENDOZA, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

2. On March 12, 2025, River Rouge (Michigan) Police Department arrested and charged RODRIGUEZ-MENDOZA with impeding traffic, open intoxicants in a motor vehicle, and operating a motor vehicle while intoxicated.

3. An immigration detainer was placed on RODRIGUEZ-MENDOZA and on March 12, 2025, River Rouge Police Department contacted the Gibraltar Border Patrol Station to turn him over to U.S. Border Patrol Custody.

4. Border Patrol Agents conducted an interview with RODRIGUEZ-MENDOZA, at the River Rouge Police Department. RODRIGUEZ-MENDOZA had a Mexican Consulate card and an international driver's license that identified him as Sergio Alejandro RODRIGUEZ-MENDOZA. RODRIGUEZ-MENDOZA told Border Patrol Agents that he was born in Mexico and did not have any immigration documents to legally enter or remain in the United States. Border Patrol Agents asked RODRIGUEZ-MENDOZA if he was present in the United States illegally and RODRIGUEZ-MENDOZA said "yes". Border Patrol Agents then placed RODRIGUEZ-MENDOZA under arrest and transported him to the Gibraltar Station for further processing.

5. At the Station, biographical and biometric information for RODRIGUEZ-MENDOZA was entered into DHS processing systems. Record checks revealed that RODRIGUEZ-MENDOZA has prior immigration history under multiple variations of his name and multiple dates of birth, with a prior

1

order of removal on 10/10/1996, and a departure date of 01/30/2000. All events are associated to RODRIGUEZ-MENDOZA via fingerprint records.

6. Records indicate RODRIGUEZ-MENDOZA was issued two A File #s. A# XXX XXX 778 and A# XXX XXX 737. Border Patrol Agents conducted a review of electronic records of photographs and fingerprint records. Both records match RODRIGUEZ-MENDOZA.

7. Agents interviewed RODRIGUEZ-MENDOZA in the Spanish language. RODRIGUEZ-MENDOZA was advised of his Miranda rights and agreed to speak with the Agents. RODRIGUEZ-MENDOZA admitted to entering the United States illegally in 1996 in Arizona. RODRIGUEZ-MENDOZA stated that he was returned to Mexico voluntarily. RODRIGUEZ-MENDOZA also told Agents he was arrested again by Immigration officials in 2005 in Detroit, Michigan, and was flown back to Mexico on an airplane. RODRIGUEZ-MENDOZA claimed he most recently re-entered the United States from Mexico in 2010 near Arizona.

8. RODRIGUEZ-MENDOZA was issued a Notice to Appear-Release (I-862) under the A# XXX XXX 778 on November 26, 1995, under the name Alejandro RODRIGUEZ-MENDOZA. He was ordered removed by an Immigration Judge on October 10, 1996, and departed the United States through Detroit, Michigan, on January 30, 2000.

9. On April 17, 2000, RODRIGUEZ-MENDOZA was arrested in Laredo, Texas by Border Patrol Agents and granted a Voluntary Return to Mexico under the name Sergio TALEJANDRO-RODRIGUEZ.

10. On February 11, 2005, RODRIGUEZ-MENDOZA was arrested in Detroit, Michigan by Border Patrol Agents and processed under the A# XXX XXX 737. RODRIGUEZ-MENDOZA was granted a voluntary return and flown back to Mexico via a JPATS flight.

11. On October 26, 2014, RODRIGUEZ-MENDOZA was arrested by Detroit Police Department for a misdemeanor traffic offense. Disposition unknown.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# XXX XXX 778 and XXX XXX 737) for Sergio Alejandro RODRIGUEZ-MENDOZA, and queries in U.S. Department of Homeland Security databases confirm no record exists of RODRIGUEZ-MENDOZA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on January 30, 2000.

14. Based on the above information, I believe there is probable cause to conclude that Sergio Alejandro RODRIGUEZ-MENDOZA, is a native and citizen of Mexico, who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326 (a).

_____
Alexander T. Carlson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

3